Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHN DOE subscriber assigned IP address 72.199.204.226,<br><br>   Defendant. | Case No. **'13CV0441 MMA KSC**<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO RULE 7.1** |

1  PLEASE TAKE NOTICE that, pursuant to Rule 7.1, Plaintiff does not have a
2  parent corporation nor does a publically held corporation own more than 10% of its
3  stock.
4  DATED: February 25, 2013                    KUSHNER LAW GROUP

                                            By:    /s/ Leemore L. Kushner
                                                   Leemore L. Kushner
                                                   Attorneys for Plaintiff Malibu Media, LLC