Leemore Kushner (SBN 221969)
KUSHNER LAW GROUP
801 North Citrus Avenue
Los Angeles, California 90038
Telephone: (323) 515-7894
Facsimile: (323) 544-8170
Email: lkushner@kushnerlawgroup.com

Attorneys for Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE subscriber assigned IP address 68.101.189.154,<br><br>    Defendant. | Case No. 3:13-cv-00433-LAB-DHB<br><br>**NOTICE OF RELATED CASES** |
| MALIBU MEDIA, LLC, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE subscriber assigned IP address 68.6.150.77,<br><br>    Defendant. | Case No. 3:13-cv-00435-JAH-WMC |

| | |
|---|---|
| MALIBU MEDIA, LLC, a California corporation, <br><br>  Plaintiff, <br><br>  v. <br><br> JOHN DOE subscriber assigned IP address 68.7.76.126, <br><br>  Defendant. | Case No. 3:13-cv-00437-LAB-DHB |
| MALIBU MEDIA, LLC, a California corporation, <br><br>  Plaintiff, <br><br>  v. <br><br> JOHN DOE subscriber assigned IP address 68.8.82.103, <br><br>  Defendant. | Case No. 3:13-cv-00438-LAB-DHB |
| MALIBU MEDIA, LLC, a California corporation, <br><br>  Plaintiff, <br><br>  v. <br><br> JOHN DOE subscriber assigned IP address 72.199.204.226, <br><br>  Defendant. | Case No. 3:13-cv-00441-MMA-KSC |

   TO THE UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that the following matters are related in that they involve similar questions of law and fact because they involve Defendants' infringement of Plaintiff's copyrighted works via BitTorrent protocol:

   1.   *Malibu Media, LLC v. John Doe*; Case No. 3:13-cv-00433-LAB-DHB;

   2.   *Malibu Media, LLC v. John Doe*; Case No. 3:13-cv-00435-JAH-WMC;

Notice of Related Cases

3.   *Malibu Media, LLC v. John Doe*; Case No. 3:13-cv-00437-LAB-DHB;

4.   *Malibu Media, LLC v. John Doe*; Case No. 3:13-cv-00438-LAB-DHB;

5.   *Malibu Media, LLC v. John Doe*; Case No. 3:13-cv-00441-MMA-KSC.

DATED: August 27, 2013            KUSHNER LAW GROUP

                                  By:    /s/ Leemore L. Kushner
                                         Leemore L. Kushner
                                         Attorneys for Plaintiff Malibu Media, LLC

Notice of Related Cases

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Electronic Service List for this Case.

DATED: August 27, 2013          KUSHNER LAW GROUP


By:     /s/ Leemore L. Kushner
        Leemore L. Kushner
        Attorneys for Plaintiff Malibu Media, LLC